UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA ) Criminal No.   20cr10217
                                                    )
                        v.                          )
                                                    )
(1)  TROY JONES and                                 ) Violations:
(2)  KAYLA MARIE NIGHTINGALE,                        )
                                                    ) Count One: Conspiracy to Distribute and
             Defendants                              ) Possess with Intent to Distribute Fentanyl
                                                    ) Resulting in Death
                                                    ) (21 U.S.C. § 846)
                                                    )
                                                    ) Count Two: Distribution of Fentanyl
                                                    ) Resulting in Death; Aiding and Abetting
                                                    ) (21 U.S.C. §§ 841(a)(1) and (b)(1)(C); 18
                                                    ) U.S.C. § 2)
                                                    )
                                                    ) Forfeiture Allegation:
                                                    ) (21 U.S.C. § 853)
                                                    )

INDICTMENT

COUNT ONE
Conspiracy to Distribute and Possess with Intent to Distribute
Fentanyl Resulting in Death
(21 U.S.C. § 846)

The Grand Jury charges:

From a date unknown, but at least from in or about January 2019, through at least on or

about April 3, 2019, in Wareham, in the District of Massachusetts, the defendants,

(1)     TROY JONES and
(2)     KAYLA MARIE NIGHTINGALE,

conspired with each other and with other persons known and unknown to the Grand Jury, to

knowingly and intentionally distribute and possess with intent to distribute a mixture and

substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl]

1

propanamide, also known as fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that, with respect to Count One, the use of such controlled substance resulted in the death of D.W., a 41-year-old male, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

All in violation of Title 21, United States Code, Section 846.

## COUNT TWO
### Distribution of Fentanyl Resulting in Death; Aiding and Abetting
(21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C); 18 U.S.C. § 2)

The Grand Jury further charges:

On or about April 2, 2019, in Wareham, in the District of Massachusetts, the defendants,

(1)     TROY JONES and
(2)     KAYLA MARIE NIGHTINGALE,

did knowingly and intentionally distribute a mixture and substance containing a detectable

amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, also known as fentanyl, a

Schedule II controlled substance, and the use of such substance resulted in the death of D.W., a

41-year-old male.

All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C) and

Title 18, United States Code, Section 2.

## DRUG FORFEITURE ALLEGATION
### (21 U.S.C. § 853)

1.      Upon conviction of one or more of the offenses in violation of Title 21, United

States Code, Section 846, set forth in Counts One and Two, the defendants,

(1)    TROY JONES, and
(2)    KAYLA MARIE NIGHTINGALE,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any

property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result

of such offenses; and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of, such offenses.

2.      If any of the property described in Paragraph 1, above, as being forfeitable

pursuant to Title 21, United States Code, Section 853, as a result of any act or omission of the

defendants --

a.   cannot be located upon the exercise of due diligence;

b.   has been transferred or sold to, or deposited with, a third party;

c.   has been placed beyond the jurisdiction of the Court;

d.   has been substantially diminished in value; or

e.   has been commingled with other property which cannot be divided without difficulty,

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p),

to seek forfeiture of any other property of the defendant up to the value of the property described

in Paragraph 1 above.

All pursuant to Title 21, United States Code, Section 853.

4

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY

_____
JARED C. DOLAN
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 29 2020.

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

5