UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYLA MARIE NIGHTINGALE,<br><br>Defendant. | Criminal No. 1:20-cr-10217-DJC |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel for the defendant, Kayla Marie Nightingale, in the above-captioned case.

Respectfully submitted,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: April 23, 2024

## CERTIFICATE OF SERVICE

I hereby certify that this document, filed through the ECF system, will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on April 23, 2024.

/s/ *Alexandra Arnold*
Alexandra Arnold