UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| **UNITED STATES of AMERICA** | ) ) ) ) | |
| v. | ) ) ) | Criminal No. 20-10217-DJC |
| **KAYLA MARIE NIGHTINGALE,** | ) ) ) | |
| **Defendant.** | ) ) | |

**NOTICE TO COUNSEL – PROBATION INTERVIEW OF DEFENDANT**

**CASPER, J.**                                                                                                           **AUGUST 19, 2024**

The parties have requested a hearing for a change of plea under Fed. R. Crim. P. 11, which has been scheduled for **August 29, 2024**.

To avoid unnecessary delays in the preparation of the pre-sentence report by Probation, and to maximize the efficient use of court and other government resources, counsel for the defendant should schedule the probation interview of the defendant for the same day as the change of plea. If the necessary arrangements cannot be made for the interview to occur that day, counsel should make best efforts to schedule it as soon as reasonably practicable thereafter.

/s/ Denise J. Casper
Denise J. Casper
United States District Court Judge