UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KAYLA NIGHTINGALE,<br><br>Defendant. | Criminal Action No. 1:20-cr-10217-DJC |

**DEFENDANT KAYLA NIGHTINGALE'S**
**ASSENTED-TO MOTION FOR LEAVE TO FILE UNDER SEAL**

Defendant Kayla Nightingale, by and through her undersigned counsel, respectfully moves this Court for leave to file her sentencing memorandum under seal. As grounds for this motion, Ms. Nightingale states that her sentencing memorandum contains confidential and personal information, including information relating to her treatment, and that such information if of a sensitive nature, and public disclosure would be inappropriate. The government assents to the relief requested herein.

Respectfully submitted,

KAYLA NIGHTINGALE
By her attorneys,

/s/ *Alexandra Arnold*
Alexandra Arnold (BBO #706208)
aarnold@clohertysteinberg.com
Daniel J. Cloherty (BBO #565772)
dcloherty@clohertysteinberg.com
CLOHERTY & STEINBERG LLP
One Financial Center, Suite 1120
Boston, MA 02111
617-481-0160

Dated: January 13, 2025

## LOCAL RULE 7.1 CERTIFICATION

I hereby certify that in accordance with Local Rule 7.1(a)(2), counsel for the defendant conferred with counsel for the government, who assented to the relief requested herein.

/s/ *Alexandra Arnold*
Alexandra Arnold

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants, as identified on the Notice of Electronic Filing, on January 13, 2025.

/s/ *Alexandra Arnold*
Alexandra Arnold